# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **U.S. BANK NATIONAL ASSOCIATION** | : | **CIVIL ACTION** |
| **v.** | : | |
| **J. BRIAN O'NEILL** | : | **NO. 14-0447** |

## ORDER

**AND NOW**, this 29th day of May, 2014, upon consideration of defendant's Motion to Strike, or in the Alternative Open, Confessed Judgment and Stay Enforcement Pursuant to Federal Rules of Civil Procedure 60(b) and 62 (Document No. 6), the plaintiff's response, and after a hearing, it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.